# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

One 2005 Porsche Cayenne,
and all attachments thereto,
VIN: WP1AA29P95LA24640,
registered to Martin Roosevelt McLaren

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I __Paul Cavanagh__ being duly sworn depose and say:

I am a(n) __Special Agent with the Federal Bureau of Investigation__ and have reason to believe that in the State of Maryland, but within the jurisdiction of this Court, there is now certain property which is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), namely

One 2005 Porsche Cayenne,
and all attachments thereto,
VIN: WP1AA29P95LA24640,
registered to Martin Roosevelt McLaren

as property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1347 (Health Care Fraud) (a specified unlawful activity) and as property, real or personal, involved in a transaction in violation of 18 U.S.C. §§ 1956 or 1957, or any property traceable to such property.

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    **X** YES    ☐ NO

William R. Cowden, AUSA
Asset Forfeiture Unit, Criminal Division
(202) 307-0258

Paul Cavanagh, Special Agent
Federal Bureau of Investigation
(202) 278-2309

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer

Signature of Judicial Officer