# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

One 2005 Porsche Cayenne,
and all attachments thereto,
VIN: WP1AA29P95LA24640,
registered to Martin Roosevelt McLaren

**SEIZURE WARRANT**

CASE NUMBER 06 - 178     01

TO: ___Paul Cavanagh, FBI___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___Special Agent Paul Cavanagh___ who has reason to believe that in the State of Maryland, but within the jurisdiction of this Court, there is now certain property which is subject to forfeiture to the United States, namely

One 2005 Porsche Cayenne,
and all attachments thereto,
VIN: WP1AA29P95LA24640,
registered to Martin Roosevelt McLaren

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☑ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

APR 20 2006 @ 12:25 PM     at Washington, D. C.

Date and Time Issued

U.S. MAGISTRATE JUDGE

_____          _____
Name and Title of Judicial Officer        Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/20/06 | 4/20/06 3:00 pm | Martin McLaren |

INVENTORY MADE IN THE PRESENCE OF

### INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

2005 Porsche Cayenne

FILED

MAY 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

8-10-06
Date